UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE SMITH,

        Plaintiff,                      Case No. 1:25-cv-01380-JMB-RSK

v.                                    Hon. Jane M. Beckering

EAST LANSING, CITY OF, et al.,

        Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on November 6, 2025 . The case has been assigned to Jane M. Beckering .

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted. **The 405.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action. To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event. For further information, see the reference materials available on the court website.

                                              CLERK OF COURT

Dated:  November 6, 2025      By:   /s/ N. Stimec
                                                Deputy Clerk